The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIAN ECHARD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and WELLS FARGO & CO.,<br><br>Defendants. | NO. 2:21-cv-00112-JCC<br><br>NOTICE OF APPEARANCE |

**TO:**   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co., enters appearance by the undersigned counsel Franklin D. Cordell and Miles Bludorn, without waiving objections as to improper service, jurisdiction, and venue, enters appearance by the undersigned counsel.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE - 1
No. 2:21-cv-00112-JCC

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 12th day of April, 2021.

        **GORDON TILDEN THOMAS & CORDELL LLP**
        Attorneys for Defendants

    By *s/Franklin D. Cordell*
      Franklin D. Cordell, WSBA #26392

      *s/Miles Bludorn*
    By Miles Bludorn, WSBA #54238
      600 University Street, Suite 2915
      Seattle, Washington 98101
      206.467.6477
      fcordell@gordontilden.com
      mbludorn@gordontilden.com

      John C. Lynch, *pro hac vice forthcoming*
      Jason E. Manning, *pro hac vice forthcoming*
      Troutman Pepper Hamilton Sanders LLP
      222 Central Park Avenue, Suite 2000
      Virginia Beach, VA  23462
      757.687.7500
      john.lynch@troutman.com
      jason.manning@troutman.com

NOTICE OF APPEARANCE - 2
No. 2:21-cv-00112-JCC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477