The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIAN ECHARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | NO.  2:21-cv-00112-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING ANSWER DEADLINE<br><br>NOTED ON MOTION CALENDAR:<br>Friday, May 7, 2021 |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate and agree to extend the deadline for Defendant Wells Fargo Bank, N.A. to answer Plaintiff's First Amended Complaint to Tuesday, June 1, 2021.

The parties hereto respectfully request that the Court enter the below Proposed Order.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING ANSWER DEADLINE - 1
No. 2:21-cv-00112-JCC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 7th day of May, 2021.

          **GORDON TILDEN THOMAS & CORDELL LLP**
          Attorneys for Defendants

          By    s/*Franklin D. Cordell*
                Franklin D. Cordell, WSBA #26392
                Miles Bludorn, WSBA #54238
                600 University Street, Suite 2915
                Seattle, Washington 98101
                206.467.6477
                fcordell@gordontilden.com
                mbludorn@gordontilden.com

                John C. Lynch, admitted pro hac vice
                Jason E. Manning, admitted pro hac vice
                Troutman Pepper Hamilton Sanders LLP
                222 Central Park Avenue, Suite 2000
                Virginia Beach, VA 23462
                757.687.7500
                john.lynch@troutman.com
                jason.manning@troutman.com

DATED this 7th day of May, 2021.

          **SMITH & LOWNEY, PLLC**
          Attorneys for Plaintiff

          By    *s/Knoll Lowney*
                Knoll Lowney, WSBA # 23457
                Alyssa Englebrecht, WSBA #46773
                Meredith Crafton, WSBA # 46558
                Marc Zemel, WSBA #44325
                Savannah Rose, WSBA #57062
                2317 E. John Street
                Seattle, WA 98112
                (206) 860-2883
                knoll@smithandlowney.com
                alyssa@smithandlowney.com
                meredith@smithandlowney.com
                marc@smithandlowney.com
                savannah@smithandlowney.com

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING ANSWER DEADLINE - 2
No. 2:21-cv-00112-JCC

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

# [PROPOSED] ORDER

For good cause shown and based on the above Stipulation of the parties hereto, the Court orders as follows:

1. The deadline for Defendant Wells Fargo Bank, N.A. to answer Plaintiff's First Amended Complaint is Tuesday, June 1, 2021.

DATED: _____

_____
Honorable John C. Coughenour
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING ANSWER DEADLINE - 3
No. 2:21-cv-00112-JCC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477