HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ECHARD, on behalf of himself and all other similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>        Defendant. | Case No. 2:21-cv-00112-JCC<br><br>STIPULATED MOTION FOR BRIEFING SCHEDULE AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>June 30, 2021 |

By this stipulated motion and proposed order, the parties jointly ask the Court to enter a briefing schedule on defendant Wells Fargo Bank, N.A.'s motion for judgment on the pleadings (Dkt. 19), filed June 18, 2021, and currently noted for July 16, 2021. The parties wish to allow additional time for the filing of responses and a reply on this motion to accommodate counsels' schedules, and to allow for the efficient administration of justice. Without the order requested by this stipulated motion, under the Local Rules, Plaintiff's response to the motion would be due July 12, 2021, and any reply by July 16, 2021.

No. 2:21-CV-00112-JCC
STIPULATED MOTION AND [PROPOSED]
ORDER 1

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

The parties respectfully propose the following briefing schedule instead:

| | |
|---|---|
| Response to motion | August 2, 2021 |
| Reply | August 27, 2021 |

Dated this 30th day of June, 2021.

SMITH & LOWNEY, PLLC

By: *s/ Knoll Lowney*
    Knoll Lowney, WSBA #23457
    Alyssa Koepfgen, WSBA #46773
    2317 E. John St., Seattle, WA 98112
    206-860-2883
    knoll@smithandlowney.com
    alyssa@smithandlowney.com

*Attorneys for Plaintiff Brian Echard*

GORDON TILDEN THOMAS & CORDELL LLP

By: *s/ Franklin D. Cordell*
    Franklin D. Cordell, WSBA #26392
    Miles Bludorn, WSBA #54238
    600 University St, Suite 2915
    Seattle, WA 98101
    206-467-6477
    fcordell@gordontilden.com
    mbludorn@gordontilden.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Troutman Pepper Hamilton Sanders LLP

By: *s/ John C. Lynch*
    John C. Lynch*
    Jason E. Manning*
    Troutman Pepper Hamilton Sanders LLP
    222 Central Park Ave, Suite 2000
    Virginia Beach, VA 23462
    757-687-7500

No. 2:21-CV-00112-JCC
STIPULATED MOTION AND [PROPOSED] ORDER 2

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

John.lynch@troutman.com
Jason.manning@troutman.com
*Admitted Pro Hac Vice

*Attorneys for Defendant Wells Fargo Bank, N.A.*

No. 2:21-CV-00112-JCC
STIPULATED MOTION AND [PROPOSED]
ORDER 3

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

[PROPOSED] ORDER

The Court grants the parties' stipulated motion and sets the following briefing schedule for defendant Wells Fargo Bank, N.A.'s motion for judgment on the pleadings (Dkt. 19):

 Responses    August 2, 2021

 Reply     August 27, 2021

 DATED this ___ day of July, 2021

           _____
           HON. JOHN C. COUGHENOUR
           U.S. DISTRICT JUDGE

Presented by:

SMITH & LOWNEY, PLLC

By: *s/ Knoll Lowney*
 Knoll Lowney, WSBA #23457
 *s/Alyssa Koepfgen*
 Alyssa Koepfgen, WSBA #46773
 Attorneys for Plaintiff

No. 2:21-CV-00112-JCC
STIPULATED MOTION AND [PROPOSED]
ORDER 4

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883