UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ECHARD, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | CASE NO. C21-0112-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule on Defendant's motion for judgment on the pleadings (Dkt. No. 20). The parties' motion is GRANTED. The deadline for Plaintiff's response is August 2, 2021 and Defendant's reply is August 27, 2021. The Clerk is DIRECTED to renote Defendant's motion for judgment on the pleadings (Dkt. No. 19) to August 27, 2021.

DATED this 1st day of July 2021.

                                                Ravi Subramanian
                                                Clerk of Court

                                                s/Paula McNabb
                                                Deputy Clerk