THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ECHARD, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant. | CASE NO. C21-0112-JCC<br><br>ORDER OF TRANSFER |

   Plaintiff, an Ohio resident, filed a complaint establishing this putative class action with this Court, naming Wells Fargo, who is headquartered in Northern California, as Defendant. (Dkt. No. 1.) The Court issued an order to show cause why the case should not be transferred to the Southern District of Ohio (Dkt. No. 27). Based on the parties' responses to that order, it appears clear that venue for this matter is most appropriate in the Northern District of California, rather that the Western District of Washington or the Southern District of Ohio. *See* 28 U.S.C. § 1404(a); *Decker Coal Co. v. Commonwealth. Edison Co.*, 805 F.2d 834, 843 (9th Cir. 1986). Accordingly, the Court TRANSFERS this case to the United States District Court for the Northern District of California. The Clerk is DIRECTED to take the steps necessary to transfer this case.

//

1    DATED this 7th day of September 2021.

2

3

4
_____
5    John C. Coughenour
     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF TRANSFER
C21-0112-JCC
PAGE - 2